# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN GALVAN,
              Appellant,
        vs.
NATIONSTAR MORTGAGE,
              Respondent.

No. 73970

**FILED**

SEP 2 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to disqualify a judge. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Although appellant states in the notice of appeal that the appeal is from the "final judgment which was filed on August 8, 2017," in fact, the only order entered on August 8, 2017, is an amended order denying appellant's motion to disqualify the presiding judge, and no final judgment has been entered below. No statute or court rule provides for an appeal from an order denying a motion to

17-33187

disqualify a judge. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Scott N. Freeman, District Judge
        Glenn Galvan
        Ballard Spahr LLP
        Washoe District Court Clerk